NICHOLAS BURGRAF v. JOHN F. BYRNES.[1]

October 12, 1906.

Nos. 14,827—(23).[2]

Appeal by plaintiff from an order of the district court for Meeker county, Powers, J., granting a motion for a new trial and setting aside an order for judgment in favor of the plaintiff for the sum of $309.40. Affirmed.

*Alva R. Hunt*, for appellant.

*John T. Byrnes*, pro se.

PER CURIAM.

An order, granting defendant's motion for a new trial of this action, based upon the ground of surprise and excusable neglect, held not an abuse of discretion, and the order is affirmed.